# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>JACOB AGUILAR HUMBERTO, et al.,<br><br>    Defendants. | Case No. 2:22-cr-00205-GMN-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is Defendant Jacob Aguilar Humberto's motion to dismiss counsel. Docket No. 23. The Court **SETS** that motion for a hearing at 2:00 p.m. on January 24, 2023, in Courtroom 3C. Defendant and his counsel must be present in court.

IT IS SO ORDERED.

Dated: January 18, 2023

                                                              Nancy J. Koppe<br>                                                              United States Magistrate Judge