RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Jacobo Aguilar Humberto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00205-GMN-NJK |
| Plaintiff, | **STIPULATION TO VACATE OR CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| JACOBO AGUILAR HUMBERTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jacobo Aguilar Humberto, that the Status Conference currently scheduled on January 23, 2024, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel was assigned to this case on January 3, 2024. A stipulation to continue the calendar call and trial date has been filed. Defense counsel requires time to meet

with her client, review discovery, and determine whether client intends to negotiate this matter as previously indicated by prior counsel.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Status Conference.

DATED this 8th day of January 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOBO AGUILAR HUMBERTO,<br><br>　　　　Defendant. | Case No. 2:22-cr-00205-GMN-NJK<br><br>**ORDER** |

IT IS ORDERED that the Status Conference currently scheduled for Tuesday, January 23, 2024, at 9:00 a.m., be vacated and continued to  April 2, 2024 , at the hour of 10:00 a.m.

DATED this  8   day of January 2024..

_____
UNITED STATES DISTRICT JUDGE

3