RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Jacobo Aguilar Humberto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00205-GMN-NJK |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCING HEARING** |
| v. | (First Request) |
| JACOBO AGUILAR HUMBERTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jacobo Aguilar Humberto, that the Sentencing Hearing currently scheduled on July 3, 2024, at 9:00 a.m., be vacated and advanced to July 2, 2024 at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable on the currently scheduled date.

2. The defendant is in custody and agrees with the advancement.

3. The parties agree to the continuance.

1. This is the first request to advance the Sentencing hearing.

2. DATED this 17th day of June 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JACOBO AGUILAR HUMBERTO,<br><br>           Defendant. | Case No.  2:22-cr-00205-GMN-NJK<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the Sentencing hearing currently scheduled for Wednesday, July 3, 2024 at 9:00 a.m., be vacated and advanced to July 2, 2024 at the hour of 10:00 a.m.

DATED this  17  day of June 2024.

_____
UNITED STATES DISTRICT JUDGE

3